# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-40822

United States Court of Appeals
Fifth Circuit

**FILED**

July 11, 2016

Lyle W. Cayce
Clerk

LGD PROPERTIES, INCORPORATED,

                Plaintiff–Appellant,

versus

SEIS LAGOS UTILITY DISTRICT;
SEIS LAGOS COMMUNITY SERVICES ASSOCIATION, INCORPORATED;
ROLANDO RAMON; LISA JONES,

                Defendants–Appellees.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:14-CV-4

Before HIGGINBOTHAM, SMITH, and OWEN, Circuit Judges.

PER CURIAM:[*]

In a dispute that began with a disagreement over the elevation of a

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-40822

culvert, a contractor sued a utility district, a homeowners' association, and two private persons in state court. When federal constitutional claims were added, the matter was removed to federal court. Sixteen months later, after ample discovery and numerous pleadings, the district court issued a sufficiently comprehensive order, addressing the pertinent issues, that granted summary judgment for the defendants on all the federal claims and remanded to state court on any remaining claims under state law.

We have examined the briefs and pertinent portions of the record, have reviewed the applicable law, and have heard the arguments of counsel. The plaintiff has not shown any federal constitutional violation or any other actionable wrong. The judgment is AFFIRMED, essentially for the reasons ably stated by the district court. The appellant's motion to strike is DENIED.